No. 99–830. STENBERG, ATTORNEY GENERAL OF NEBRASKA, ET AL. v. CARHART. C. A. 8th Cir. [Certiorari granted, 528 U. S.

1110.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.